TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10084

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 17, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William T. Michaels and Michele R. Michaels<br>　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　vs.<br><br>William T. Michaels and Michele R. Michaels, Debtors, William E. Pierce, Trustee.<br><br>　　　　Respondents. | No. 0:09-BK-19566-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #23) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 1, 2003 and recorded in the office of the MOHAVE County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and William T. Michaels and Michele R. Michaels have an interest in, further described as:

> THE FOLLOWING DESCRIBED PROPERTY LOCATED IN THE COUNTY OF MOHAVE, STATE OF ARIZONA:
> LOT NINETEEN (19) BLOCK FIVE (5) TRACT NO. 2251, LAKE HAVASU CITY ,ARIZONA, ACCORDING TO THE PLAT OR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY ,ARIZONA, RECORDED MARCH 19, 1968 AT FEE NO. 40134.
> EXCEPT AN UNDIVIDED 1/16 TH OF ALL OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL OR STONE, METALS, MINERALS, FOSSIL AND FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED BY THE LAWS OF THE UNITED STATES, THE STATE OF ARIZONA OR DECISIONS OF COURTS TO BY PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE, AS RESERVED BY THE STATE OF ARIZONA, IN SECTION 37-231 ARIZONA REVISED STATUTES AND IN PATENT OF RECORD.
> EXCEPT ALL OIL, GAS, AND MINERALS WHATSOEVER ALREADY FOUND OR WHICH MAY HEREAFTER BE FOUND IN OR UNDER SAID LAND AND ALL UNDERGROUND WATER IN, UNDER OR FLOWING THROUGH SAID LAND AND WATER-RIGHTS APPURTENANT THERETO AS RESERVED IN INSTRUMENT RECORDED IN BOOK 279 OF OFFICIAL RECORDS, PAGE 836.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.